Bobby Saadian, SBN 250377
Thiago Coelho, SBN 324715
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

**JS-6**

*Attorneys for Plaintiff
and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUCKY BRAND DUNGAREES USA, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00657 JFW (GJSx)<br><br>*Judge: Hon. John F. Walter*<br>*Dept.: Courtroom 7A*<br><br>**ORDER ON**<br>**NOTICE OF DISMISSAL**<br><br>Complaint Filed: January 22, 2020<br>Trial Date: None |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1
NOTICE OF DISMISSAL
Case No. 2:20-cv-00657 JFW (GJSx)

Case 2:20-cv-00657-JFW-GJS   Document 19   Filed 07/24/20   Page 2 of 2   Page ID #:81

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Brett DeSalvo ("Plaintiff"), by and through his undersigned counsel hereby voluntarily dismiss all claims and causes of action asserted individually with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Parties shall bear their own fees and costs.

Respectfully Submitted,

DATED: July 23, 2020         WILSHIRE LAW FIRM

By: /s/ *Thiago M. Coelho*
    Thiago M. Coelho
    Bobby Saadian
    *Attorneys for Plaintiff
    and Proposed Class*

**IT IS SO ORERED.**

**Date: July 24, 2020**

*[signature: John F. Walt]*

2    Case No. 2:20-cv-00657 JFW (GJSx)
NOTICE OF DISMISSAL